No. 05–7680. AKMAL *v.* RAWERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7681. AKMAL *v.* RAWERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7683. BRADBERRY *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7686. SETZKE *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 05–7695. KEGEL *v.* CHANOS, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7701. THOMAS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7711. WEIZENECKER *v.* HELLING, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7764. PATKINS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–7775. LACY *v.* BERGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–7794. GONZALEZ *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7801. PFEFFER *v.* MCBRIDE, WARDEN. Cir. Ct. Jackson County, W. Va. Certiorari denied.

No. 05–7823. MOGUL ET AL. *v.* GERDS ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–7842. THACKER *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 05–7845. BRUNK *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.